# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO.: 1:19-00014-KD-MU-5 |
| | ) |
| WILLIAM ERWIN TOWNLEY, | ) |
| | ) |
| Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the United States Magistrate Judge's Report and Recommendation (Doc. 119), and without any objection having been filed by the parties, Defendant William Erwin Townley's plea of guilty to Counts 16 and 21 of the Indictment is now accepted and William Townley is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **July 26, 2019** at **1:00 p.m.**, in Courtroom 4B, 155 St. Joseph Street, Mobile, Alabama 36602 under separate order. (Doc. 121).

**DONE** the 13th day of May 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**